UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                v.                    19 Cr. 61 (PKC)

ANTHONY McCRAY,
        Defendant.

-------------------------------------------------------x

**SENTENCING SUBMISSION ON
BEHALF OF ANTHONY McCray**

                                  Thomas F.X. Dunn
                                  Attorney At Law
                                  for Anthony McCray
                                  Defendant
                                  225 Broadway, Suite 1515
                                  New York, N.Y. 10007
                                  Tel: 212-941-9940
                                  Fax: 212-693-0090
                                  Thomasdunnlaw@aol.com

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 BROADWAY**
**SUITE 1515**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-693-0090
thomasdunnlaw@aol.com

**By ECF**                                                October 29, 2019

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Anthony McCray</u>
         19 Cr. 61 (PKC)

Dear Judge Castel:

      Attached please find three letters in support og Anthony McCray concerning his sentence.

                                                  Respectfully yours,
                                                         /s/
                                                  Thomas F. X. Dunn

cc: Lindsey Keenan, Esq.
    Assistant U.S. Attorney
    (by email & ECF)