UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  19-cr-61 (PKC)

      -against-                                      ORDER

ANTHONY MCCRAY,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The government is directed to respond to the defendant's motion brought pursuant to 18 U.S.C. § 3582(c) within 30 days.

       SO ORDERED.

                                               P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           November 15, 2022

COPY MAILED TO:
Anthony McCray
Register Number: 86519-054
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA  17887